JS - 6

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-04039 GAF (PLAx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | Navor v. J.P. Morgan Chase Bank et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

**ORDER RE: DISMISSAL**

On June 12, 2009, Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") filed a motion to dismiss Plaintiff's Complaint.  On August 4, 2009, this Court granted Defendant JPMorgan's motion to dismiss with leave to amend.  Plaintiff's Complaint was dismissed without prejudice.  The Court ordered Plaintiff to file an amended complaint on or before September 4, 2009.  Plaintiff has failed to comply with the Court's order and has not filed an amended complaint.  Accordingly, the Court hereby **DISMISSES** the action for failure to prosecute.  FED. R. CIV. P. 41(b); C.D. Cal. R. 41-1.

**IT IS SO ORDERED.**